**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 24-8098-JFW(ASx)** Date: November 18, 2024

Title: Anne Heiting *-v-* Williams-Sonoma, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DENYING AS MOOT DEFENDANT WILLIAMS-SONOMA, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT [filed 10/25/2024; Docket No. 18]**

In light of the filing of Plaintiff's First Amended Class Action Complaint on November 4, 2024 (Docket No. 23), Defendant Williams-Sonoma, Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint is **DENIED as moot**. The hearing calendared for November 25, 2024 at 1:30 p.m. is **VACATED**.

IT IS SO ORDERED.



Initials of Deputy Clerk sr