UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-08098-JFW-ASx                                    Date 11/25/24

Title: Anne Heiting v. Williams-Sonoma, Inc., et al.

Present: The Honorable John F. Walter, U.S. District Judge

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                              Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  NOTICE of Voluntary Dismissal filed by Plaintiff [27] Filed 11/22/24 - Make JS-6

☐ Entered _____.

Initials of Preparer   sr